\* ~~Emergency~~ Motion for Automatic Stay

Chapter 13

Form B16B
12/94

\* House in foreclosure due to divorce and could be sold on November 9, 2018 at 9 am

UNITED STATES BANKRUPTCY COURT

Eastern District DISTRICT OF Virginia

In re Jean Jerome Ngando Ekwalla
       Debtor

Case No. 18-13710

Chapter 13

Motion for Automatic Stay

Your Honor,

Debtor Jean Jerome Sandy Ngando Ekwalla is a former Virginia attorney who lost his law firm after a legal battle with the Virginia State Bar. He started another small business.

Among other things debtor was having health issues and his daughter was in and out the hospital. (exhibit 1 picture of daughter in the hospital). Debtor is a single dad now.

Soon after debtor lost his law firm, debtor was in a lengthy divorce battle with his now ex wife Angel Thomas Ngando. Debtor was not able to afford previous plan due to his divorce. That Divorce case ended on August 14, 2018. The final order of Divorce was entered by the prince william county Circuit on September 5th, 2018. (see Exhibit 2)

The Divorce court awarded the Debtor joint legal custody and secondary primary custody and the primary marital residence (Home).

That due to the above mentioned problems, debtor experienced a significant loss of income and was unable to meet some of his financial obligations. Debtor is self-employed.

Now that the divorce has ended, Debtor is confident that he will be able to focus on his small business he started and make money to meet his financial obligations including a chapter 13 plan. Debtor made more money since the divorce as bank statements will show.

Therefore, Debtor Respectfully requests automatic stay.

Signed 11/01/2018 _____ Jean Jerome Ngando Ekwalla

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was sent via first class mail to the U.S. Trustee, Trustee and all interested parties on this 1st day of November, 2018.

FILED

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

2018 NOV -1  P 12: 31

In re: Jean Jerome Dandy
       Ngondo Ekwalla
           Debtor(s)

Case No. 18-13710
Chapter 13

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

Plaintiff(s)

v.

Defendant(s)

Adversary Proceeding No.

**CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1**

Document Title: Emergency Motion for Automatic Stay
Date Document Filed: 11/01/2018
Docket Entry No.

I declare under penalty of perjury that (Check one box):

☒ No attorney has prepared or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

Jean Jerome Dandy        Ngondo Ekwalla
Name of Pro Se Party (Print or Type)    Name of Pro Se Party (Print or Type)

_____    _____
Signature of Pro Se Party           Signature of Pro Se Party

Executed on: 11/01/2018 (Date)

[2090edva ver. 09/17]